IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM GROSS,
        Plaintiff,
  v.
UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:10-CT-3214-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to to state a claim upon which relief may be granted.

This Judgment Filed and Entered on September 1, 2011, with service on:
 William Gross  04036-000, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)

September 1, 2011                                         /s/ Dennis P. Iavarone
                                                                               Clerk